**Fill in this information to identify your case:**

Debtor 1: **Thomas David Gaudet**
First Name   Middle Name   Last Name

Debtor 2: (Spouse if, filing)
First Name   Middle Name   Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known):

☐ Check if this is an amended filing

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Amex**
**Correspondence/Bankruptcy**
**Po Box 981535**
**El Paso, TX 79998**

What is the nature of the claim? **Credit Card**   **$17,650.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:  -
   Unsecured claim

Contact
Contact phone

**2**
**Bank of America**
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

What is the nature of the claim? **Credit Card**   **$13,225.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:  -

Contact

Debtor 1  **Thomas David Gaudet**   Case number *(if known)*

Contact phone   Unsecured claim

---

**3**

**Cavalry Portfolio Services**
**Attn: Bankruptcy**
**1 American Lane, Ste 220**
**Greenwich, CT 06831**

What is the nature of the claim?   **Citibank credit card**   **$33,416.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   Value of security:  -
   Unsecured claim

Contact

Contact phone

---

**4**

**Citibank NA**
**5800 South Corporate Place**
**Sioux Falls, SD 57108**

What is the nature of the claim?   **credit card**   **$3,152.71**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   Value of security:  -
   Unsecured claim

Contact

Contact phone

---

**5**

**Commercial Acceptance Company**
**Attn: Bankruptcy**
**2300 Gettysburg Road, Suite 102**
**Camp Hill, PA 17011**

What is the nature of the claim?   **Collection for Petro Heating Oil-Phila**   **$2,621.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   Value of security:  -
   Unsecured claim

Contact

Contact phone

---

**6**

**Council Rock School District**
**30 N. Chancellor Street**
**Newtown, PA 18940**

What is the nature of the claim?   **32 Aspen Drive Warminster, PA 18974 Bucks County**   **$12,376.64**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated

Debtor 1  **Thomas David Gaudet**                                Case number *(if known)*

|  |  |
|---|---|
| ☐ | Disputed |
| ■ | None of the above apply |

**Does the creditor have a lien on your property?**

|  |  |  |
|---|---|---|
| ☐ | No | |
| ■ | Yes. Total claim (secured and unsecured) | $12,376.64 |
|   | Value of security: | - $1,300,000.00 |
|   | Unsecured claim | $12,376.64 |

---

**7**

**Council Rock School District**
**30 N. Chancellor Street**
**Newtown, PA 18940**

**What is the nature of the claim?**   32 Aspen Drive   $12,117.50
Warminster, PA 18974
Bucks County

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $12,117.50
    Value of security:   - $1,300,000.00
    Unsecured claim   $12,117.50

Contact

Contact phone

---

**8**

**Council Rock School District**
**30 N. Chancellor Street**
**Newtown, PA 18940**

**What is the nature of the claim?**   32 Aspen Drive   $14,156.48
Warminster, PA 18974
Bucks County

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $14,156.48
    Value of security:   - $1,300,000.00
    Unsecured claim   $14,156.48

Contact

Contact phone

---

**9**

**PNC Bank National Association**
**c/o Martin Weis, Esquire**
**1600 Market Street**
**Philadelphia, PA 19103**

**What is the nature of the claim?**   32 Aspen Drive   $929,622.93
Warminster, PA 18974
Bucks County

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

| Debtor 1 | Thomas David Gaudet | Case number *(if known)* | |

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   $929,622.93
    Value of security:   - $1,300,000.00
    Unsecured claim   $929,622.93

---

**10**

**PNC Bank National Association**
**c/o Martin Weis, Esquire**
**1600 Market Street**
**Philadelphia, PA 19103**

**What is the nature of the claim?**   32 Aspen Drive / Warminster, PA 18974 / Bucks County   $175,654.24

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $1,475,654.24
    Value of security:   - $1,300,000.00
    Unsecured claim   $175,654.24

---

**11**

**Toyota Financial Services**
**Attn: Bankruptcy**
**Po Box 259004**
**Plano, TX 75025**

**What is the nature of the claim?**   Automobile   $19,330.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $19,330.00
    Value of security:   - **Unknown**
    Unsecured claim   $19,330.00

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X   **/s/ Thomas David Gaudet**
**Thomas David Gaudet**
Signature of Debtor 1

X  
Signature of Debtor 2

Date   **March 13, 2025**     Date