**Fill in this information to identify the case:**

Debtor Name _Thomas David Gaudet_

United States Bankruptcy Court for the: _Eastern District of Pennsylvania_

Case number: _25-11003_

☐ Check if this is an
   amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

| | |
|---|---|
| Month: _May 2025_ | Date report filed: _07/14/2025_ MM / DD / YYYY |
| Line of business: _Individual - n/a_ | NAISC code: _____ |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

| | |
|---|---|
| Responsible party: | _Nicholas M. Engel, Esq._ |
| Original signature of responsible party | _/s/ Thomas David Gaudet_ |
| Printed name of responsible party | _Thomas David Gaudet_ |

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| Debtor Name | Thomas David Gaudet | Case number | 25-11003 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 1,052.84

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 4,176.21

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 4,176.21

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ 0.00

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 1,052.84

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   $ 0.00

   *(Exhibit E)*

Debtor Name  Thomas David Gaudet

Case number  25-11003

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 0

27. What is the number of employees as of the date of this monthly report? _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 0.00

30. How much have you paid this month in other professional fees? $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case? $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,429.00 | − | $ 4,176.21 | = | $ -1,747.21 |
| 33. **Cash disbursements** | $ 2,116.83 | − | $ 4,176.21 | = | $ -2,059.38 |
| 34. **Net cash flow** | $ 312.17 | − | $ 0.00 | = | $ 312.17 |

35. Total projected cash receipts for the next month: $ 2,429.00

36. Total projected cash disbursements for the next month: - $ 2,116.83

37. Total projected net cash flow for the next month: = $ 312.17

Debtor Name  Thomas David Gaudet                                              Case number  25-11003

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# <u>Exhibit A</u>

6.      If a 2024 tax return is due, the Debtor intends to seek an extension to file.

# Exhibit B

10.    The statement for the Debtor's prepetition account, which has been closed, is attached hereto.


15.    The Debtor's adult children have paid for the Debtor's expenses during the reporting period, as the Debtor works to resolve an issue with his Social Security payments.

# Exhibit C

## Receipts: May 2025

Bank of America x4146

| Date: | Amount: | Source: | Explanation: |
|-------|---------|---------|--------------|
|       |         |         |              |

PNC Checking x4168

| Date: | Amount: | Source: | Explanation: |
|-------|---------|---------|--------------|
|       |         |         |              |

Expenses for Debtor/spouse paid by Debtor's adult children

| Date | Description | Amount | Who Paid |
|------|-------------|--------|----------|
| 5/1/2025 | Taorminas | 132.14 | Nolan |
| 5/5/2025 | Walgreens | 38.64 | Justin |
| 5/5/2025 | Petsmart | 40.27 | Justin |
| 5/5/2025 | Walgreens | 118.74 | Nolan |
| 5/5/2025 | Home Depot | 42.55 | Nolan |
| 5/6/2025 | Giant Food Store | 362.49 | Nolan |
| 5/7/2025 | Supervalue Beverages | 122.72 | Justin |
| 5/8/2025 | True Value | 13.98 | Justin |
| 5/8/2025 | Walgreens | 49.97 | Justin |
| 5/9/2025 | Supervalue Beverages | 96.35 | Justin |
| 5/12/2025 | Giant Food Store | 17.99 | Justin |
| 5/12/2025 | Giant Food Store | 32.11 | Justin |
| 5/12/2025 | Giant Food Store | 21.99 | Nolan |
| 5/13/2025 | Giant Food Store | 21.98 | Justin |
| 5/13/2025 | Giant Food Store | 57.55 | Justin |
| 5/13/2025 | Walgreens | 37.08 | Justin |
| 5/13/2025 | Staples (Ink) | 121.88 | Justin |
| 5/14/2025 | Giant Food Store | 17.99 | Justin |
| 5/15/2025 | Giusseppes | 144.67 | Nolan |
| 5/15/2025 | Openly (Home Insurance) | 837.45 | Nolan |
| 5/16/2025 | Supervalue Beverages | 31.81 | Justin |

| 5/16/2025 | Giant Food Store | 17.99 | Nolan |
|---|---|---|---|
| 5/16/2025 | Giant Food Store | 65.82 | Nolan |
| 5/19/2025 | ACME | 110.13 | Nolan |
| 5/20/2025 | Supervalue Beverages | 101.52 | Justin |
| 5/21/2025 | Giant Food Store | 172.36 | Justin |
| 5/22/2025 | Joe's Kwiki Mart | 44.04 | Justin |
| 5/22/2025 | Supervalue Beverages | 63.48 | Justin |
| 5/23/2025 | Supervalue Beverages | 32.2 | Justin |
| 5/27/2025 | Jackson food mart | 82.02 | Nolan |
| 5/27/2025 | Pallantes | 112.27 | Nolan |
| 5/28/2025 | Lowes | 34 | Justin |
| 5/28/2025 | Giant Food Store | 188.31 | Nolan |
| 5/29/2025 | Supervalue Beverages | 133.43 | Justin |
| 5/29/2025 | Comcast | 281.26 | Nolan |
| 5/30/2025 | Giant Food Store | 332.77 | Nolan |

# Exhibit D

## Disbursements: May 2025

Bank of America x4146

| Date: | Amount: | Payee: | Purpose: |
|-------|---------|--------|----------|
|       |         |        |          |

PNC Checking DIP x4168

| Date: | Amount: | Payee: | Purpose: |
|-------|---------|--------|----------|
|       |         |        |          |

Expenses for Debtor/spouse paid by Debtor's adult children

| Date | Description | Amount | Who Paid |
|------|-------------|--------|----------|
| 5/1/2025 | Taorminas | 132.14 | Nolan |
| 5/5/2025 | Walgreens | 38.64 | Justin |
| 5/5/2025 | Petsmart | 40.27 | Justin |
| 5/5/2025 | Walgreens | 118.74 | Nolan |
| 5/5/2025 | Home Depot | 42.55 | Nolan |
| 5/6/2025 | Giant Food Store | 362.49 | Nolan |
| 5/7/2025 | Supervalue Beverages | 122.72 | Justin |
| 5/8/2025 | True Value | 13.98 | Justin |
| 5/8/2025 | Walgreens | 49.97 | Justin |
| 5/9/2025 | Supervalue Beverages | 96.35 | Justin |
| 5/12/2025 | Giant Food Store | 17.99 | Justin |
| 5/12/2025 | Giant Food Store | 32.11 | Justin |
| 5/12/2025 | Giant Food Store | 21.99 | Nolan |
| 5/13/2025 | Giant Food Store | 21.98 | Justin |
| 5/13/2025 | Giant Food Store | 57.55 | Justin |
| 5/13/2025 | Walgreens | 37.08 | Justin |
| 5/13/2025 | Staples (Ink) | 121.88 | Justin |
| 5/14/2025 | Giant Food Store | 17.99 | Justin |
| 5/15/2025 | Giusseppes | 144.67 | Nolan |
| 5/15/2025 | Openly (Home Insurance) | 837.45 | Nolan |
| 5/16/2025 | Supervalue Beverages | 31.81 | Justin |

| 5/16/2025 | Giant Food Store | 17.99 | Nolan |
|-----------|------------------|-------|-------|
| 5/16/2025 | Giant Food Store | 65.82 | Nolan |
| 5/19/2025 | ACME | 110.13 | Nolan |
| 5/20/2025 | Supervalue Beverages | 101.52 | Justin |
| 5/21/2025 | Giant Food Store | 172.36 | Justin |
| 5/22/2025 | Joe's Kwiki Mart | 44.04 | Justin |
| 5/22/2025 | Supervalue Beverages | 63.48 | Justin |
| 5/23/2025 | Supervalue Beverages | 32.2 | Justin |
| 5/27/2025 | Jackson food mart | 82.02 | Nolan |
| 5/27/2025 | Pallantes | 112.27 | Nolan |
| 5/28/2025 | Lowes | 34 | Justin |
| 5/28/2025 | Giant Food Store | 188.31 | Nolan |
| 5/29/2025 | Supervalue Beverages | 133.43 | Justin |
| 5/29/2025 | Comcast | 281.26 | Nolan |
| 5/30/2025 | Giant Food Store | 332.77 | Nolan |

# Exhibit E – n/a

# Exhibit F – n/a

# Standard Checking Statement

PNC Bank

**For the period 03/20/2025 to 06/18/2025**

THOMAS GAUDET #25-11003
ANDREA GAUDET
DEBTOR IN POSSESSION
32 ASPEN DR
WARMINSTER PA 18974-1281

Primary account number: XX-XXXX-4168
Page 1 of 3                                    86
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

☎ For customer service call 1-888-PNC-BANK
(1-888-762-2265)
PNC accepts Telecommunications Relay Service (TRS) calls. Para servicio en espanol, 1-866-HOLA-PNC
(1-866-465-2762)

**Moving?**   Please contact us at 1-888-PNC-BANK
(1-888-762-2265)

✉ Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

🖥 Visit us at PNC.com

## IMPORTANT ACCOUNT INFORMATION

Between May 1, 2025, and September 30, 2025, PNC will be removing the option to print mini statements at PNC ATMs. Please use other channels and options such as Online Banking, Mobile Banking, Voice Banking and Branch Banking to access your account information.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Checking Accounts and Related Charges, our Consumer Schedule of Service Charges and Fees, and our Virtual Wallet Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

PNC Express Funds provides an option for immediate availability on approved checks deposited through Branch Banking, PNC ATM, or Mobile Banking, subject to cut off times. **Effective June 22, 2025,** the cost of utilizing PNC Express Funds will increase from 2.00% of the check amount over $100 to 2.50% of the check amount over $100. The cost of utilizing PNC Express Funds for each check amount between $25 and $100 will remain at $2.00.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the PNC Customer Care Center at 1-888-762-2265.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer Schedule of Service Charges and Fees ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective June 22, 2025, the definition of qualifying direct deposits will be updated as follows:

>Qualifying direct deposit is defined as a recurring direct deposit of a paycheck, pension, Social Security, or other regular income electronically deposited by an employer or outside agency.

>Credit card cash advance transfers, wire transfers, person-to-person transfers, transfers from one account to another, or deposits made at a branch, ATM, mobile device, or through the mail do not qualify as qualifying direct deposits.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information related to Overdraft Protection in our Virtual Wallet Fine Print, our Account Agreement for Personal Checking, Savings and Money Market Accounts, and our Account Agreement for Business Accounts ("Agreements"). All other

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 03/20/2025 to 06/18/2025
THOMAS GAUDET #25-11003
Primary account number: XX-XXXX-4168
Page 2 of 3
86

information in our Agreements continues to apply to your account. Please read this information and retain it with your records.

If there is a hold on your Protected or Protecting account(s), we may not complete an Overdraft Protection Transfer from the Protecting account, even if sufficient funds exist in the Protecting account. Additionally, if we place a hold on your Protected Account, PNC may discontinue the Overdraft Protection relationship between the Protected and Protecting accounts. If the hold is removed, the Overdraft Protection relationship will not be re-established automatically, and you will need to take action to re-establish the Overdraft Protection.

## IMPORTANT ACCOUNT INFORMATION

**Effective June 16, 2025**, we are changing the "Large Dollar Deposits" and "Special Rules for New Account Holders" sections of the Funds Availability Policy for Consumer Accounts. This change increases the amount of availability of a deposit from **$125 to $400** on the first business day after the business day of your deposit for large dollar deposits and new account holders. All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records.

### Large Dollar Deposits

If your total deposits of checks, excluding the items listed in the "Items Excluded from Large Dollar Deposit Calculation" section later in this Policy, on any one business day, prior to our cut-off time, equal or exceed $50,000, then, $100 of any deposit will be available on the evening of your deposit to pay checks or items that are presented to us that evening for posting, an additional **$400** will be available the first business day after the business day of your deposit for all purposes, and any remaining funds will be available the second business day after the business day of deposit for all purposes.

### Special Rules for New Account Holders

For purposes of this Funds Availability Policy, a "new account holder" is defined as a customer who does not have a PNC Bank checking account that has been open for more than 30 calendar days. If you are a new account holder, the following rules will apply when a deposit is made during the first 30 calendar days your account is open. All deposits not discussed in this section will be available as described elsewhere in this Policy.

A. Funds from traveler's checks deposited with a special deposit ticket, funds from deposits outlined as items "f" through "j" in the "Items Excluded from Large Dollar Deposit Calculation" section above, and **$400** from deposited checks or items will be available on the first business day after the business day of your deposit for all purposes.

B. Funds from checks will be available on the second business day after the business day of your deposit for all purposes.

After the new account period has ended, funds from your deposits will be available according to our general policy.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Checking Accounts and Related Charges, our Consumer Schedule of Service Charges and Fees, and our Virtual Wallet Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

Effective June 22, 2025, the cost of Non-Client Check Cashing will increase from 2.00% of the check amount over $100 to 2.50% of the check amount over $100. The cost of Non-Client Check Cashing for each check amount between $25 and $100 will remain at $2.00. This fee is charged when cashing a check for a payee who does not have a PNC Bank checking, savings, money market, certificate of deposit account (CD) or retirement money market or CD. Customers with a PNC consumer checking, savings, money market, certificate of deposit (CD) or retirement money market or CD account are not charged this fee.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the PNC Customer Care Center at 1-888-762-2265.

## Standard Checking Account Summary

Account number:    XX-XXXX-4168

THOMAS GAUDET #25-11003
ANDREA GAUDET
DEBTOR IN POSSESSION

**Overdraft Protection**    has not been established for this account.
Please contact us if you would like to set up this service.

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 03/20/2025 to 06/18/2025**
THOMAS GAUDET #25-11003
Primary account number: XX-XXXX-4168

Account number: XX-XXXX-4168 - continued

Page 3 of 3                                    86

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 1,052.84 | .00 | .00 | 1,052.84 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 1,052.84 | .00 |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

THOMAS D GAUDET
32 ASPEN DR
WARMINSTER, PA 18974-1281

# Your Adv Plus Banking

for April 15, 2025 to May 13, 2025

Account number: ▓▓▓▓ 4146

**THOMAS D GAUDET**

## Account summary

| | |
|---|---|
| Beginning balance on April 15, 2025 | -$12.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on May 13, 2025** | **-$24.00** |

---

## New: Scheduled and recurring payments with Zelle®

Send money now, schedule it for later, or make it recurring.

**Enroll now! Scan the code or visit bankofamerica.com/zelle.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-03-24-0484.B | 6398672

---

THOMAS D GAUDET   |   Account # 3830 2487 4146   |   January 1, 2025 to January 31, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and      Equal Housing Lender**

**BANK OF AMERICA**

THOMAS D GAUDET  |  Account # 3830 2487 4146  |  April 15, 2025 to May 13, 2025

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $10.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|---|---|---|
| 04/15/25 | Monthly Maintenance Fee | -12.00 |

**Total service fees**      **-$12.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

Available in English and Spanish

Send wire transfers in the Mobile Banking app

Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.

**Scan the code or visit bofa.com/wiretransfers.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Fees or other costs may apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com. Data connection required. Carrier fees may apply.

SSM-12-24-0270.C I 7457437

THOMAS D GAUDET   |   Account # 3830 2487 4146   | Document to Message 2019

This page intentionally left blank

THOMAS D GAUDET   |   Account # 3830 2487 4146   | Document to Print 0-2-20

This page intentionally left blank

THOMAS D GAUDET   |   Account # 3830 2487 4146   | Document to Member 00001

This page intentionally left blank

THOMAS D GAUDET   |   Account # 3830 2487 4146   | Document to Me....00002

This page intentionally left blank

THOMAS D GAUDET   |   Account # 3830 2487 4146   | Document to MPage 23 of 23

This page intentionally left blank