# **EXHIBIT A-1**

Declaration of Doreen Fritz

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : Case No. 25-11003-AMC |
|---|---|
| THOMAS DAVID GAUDET | : |
| Debtor. | : Chapter 11 |

**DECLARATION OF DOREEN FRITZ IN SUPPORT OF MOTION
OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE
AUTOMATIC STAY TO EXERCISE RIGHTS WITH RESPECT TO 32 ASPEN DRIVE,
WARMINSTER, PA 18974**

I, Doreen Fritz, pursuant to Section 1726 Title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am, and at all relevant times hereto have been, over the age of twenty-one years old.

2. I am a Senior Vice President with the Commercial Asset Team of PNC Bank, National Association.

3. I am familiar with the outstanding obligations of JKN Properties, LLC; Service Transport Group, Inc.; and Thomas and Andrea Gaudet to PNC Bank.

4. Attached hereto as Exhibit 1 is a true and correct copy of the judgment entered on May 5, 2021 in the Court of Common Pleas of Bucks County at Case No. 2021-02414.

5. Attached hereto as Exhibit B is a copy of the exterior appraisal dated January 24, 2025 of 32 Aspen Drive, Warminster, PA 18974.

Pursuant to 28 U.S.C. §1726, I declare under penalty of the laws of the United States of America that the foregoing instrument is true and correct to the best of my knowledge and belief.

Dated: December 9, 2025

Doreen Fritz
Senior Vice President

#125356763v1